UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCUS BULLARD, | Case No. 26-cv-01227-RMI |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST AND VACATING DEADLINES** |
| NATIONAL CREDIT SYSTEMS, INC., et al., | Re: Dkt. No. 10 |
| Defendants. | |

Plaintiff has filed a Notice of Settlement (dkt. 10) indicating that he has reached a settlement with Defendant National Credit Systems, Inc. and requesting that all deadlines related to Defendant National Credit Systems be vacated while the settlement is finalized. Pursuant to the Notice, the court GRANTS Plaintiff's request and VACATES all current deadlines for Defendant National Credit Systems pending Plaintiff's voluntary dismissal. Plaintiff shall have until June 14, 2026, to file his Notice of Voluntary Dismissal as to Defendant National Credit Systems.

**IT IS SO ORDERED.**

Dated: April 23, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California