# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BULLARD,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., TRANS UNION LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 4:26-cv-01227-AMO<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL OF DEFENDANT TRANS UNION LLC, WITH PREJUDICE |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff MARCUS BULLARD ("Plaintiff") against Defendant TRANS UNION LLC ("TRANSUNION") are dismissed, with prejudice. Plaintiff and TRANSUNION shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 6/30/2026

Hon. Araceli Martínez-Olguín
United States District Judge

[~~PROPOSED~~] ORDER                                                                 -1-